of New York, on the relation of the Brooklyn Heights Railroad Company, against Maurice E. Connolly, as President of the Borough of Queens. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. COLBURN, Appellant, v. WARDEN OF CITY PRISON, Respondent. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Proceeding by the People of the State of New York, on the relation of Emerson Colburn, against the Warden of the City Prison. No opinion. Order affirmed by default.

PEOPLE ex rel. COOPER, Relator, v. JOHNSON, Respondent. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Proceeding by the People of the State of New York, on the relation of Martin Cooper, against Joseph Johnson, as Commissioner. A. J. Talley, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings dismissed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. CROWELL v. CONNOLLY, Borough President. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Proceeding by the People of the State of New York, on the relation of Robert R. Crowell, against Maurice E. Connolly, as President of the Borough of Queens, etc. No opinion. Motion granted. Settle order before Mr. Justice Putnam.

PEOPLE ex rel. DOLAN, Relator, v. WALDO, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. December 12, 1913.) Proceeding by the People of the State of New York, on the relation of James Dolan, against Rhinelander Waldo, as Police Commissioner of the City of New York. No opinion. Determination annulled, with $50 costs and disbursements, and relator reinstated, upon the ground that the evidence fails to establish a fair preponderance thereof that he was guilty of the charge made against him.

PEOPLE ex rel. DONNELLY, Relator, v. WALDO, Respondent. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Proceeding by the People of the State of New York, on the relation of William F. Donnelly, against Rhinelander Waldo, as Commissioner. A. J. Talley, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. DORAN v. WALDO. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Proceeding by the People of the State of New York, on the relation of Patrick Doran, against Rhinelander Waldo, as Commissioner, etc. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

PEOPLE ex rel. FITZPATRICK, Appellant, v. HENDERSON et al., Respondents. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Proceeding by the People of the State of New York, on the relation of John Fitzpatrick, against James A. Henderson and others. J. V. Judge, of New York City, for appellant. C. L. Barber, of New York City, for respondents. No opinion. Order affirmed, with costs. Order filed.

PEOPLE ex rel. FRIEDMAN et al., Appellants, v. PURDY et al., Respondents. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Proceeding by the People of the State of New York, on the relation of Charles Friedman and others, against Lawson Purdy and others, as Commissioners, etc. S. Silinsky, of New York City, for appellants. C. A. Peters, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. GALLAGHER, Relator, v. WALDO, Respondent. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Proceeding by the People of the State of New York, on the relation of Hugh Gallagher, against Rhinelander Waldo, as Commissioner. A. Caruthers, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. McGUIGAN v. CROMWELL. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Proceeding by the People of the State of New York, on the relation of Michael McGuigan, against George Cromwell, as President, etc. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

PEOPLE ex rel. McLAUGHLIN v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Proceeding by the People of the State of New York, on the relation of Wm. H. McLaughlin, against the Board of Education. No opinion. Motion to dismiss writ granted, with $10 costs. Order filed.

PEOPLE ex rel. MICHAELSON v. WALDO. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Proceeding by the People of the State of New York, on the relation of Joseph Michaelson, against Rhinelander Waldo, as Commissioner. M. H. Hochdorf, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.